UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**VADIM IOSIM,**

        Petitioner,

  -vs-

**ROBERT HALLISY, Kenosha County Detention Commander, and RICARDO WONG, Chicago Field Office Director, Immigration and Customs Enforcement, Department of Homeland Security,**

        Respondents.

Case No. 13-C-1347

## DECISION AND ORDER

      Vadim Iosim filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he is in the custody of the Department of Homeland Security, Immigration and Customs Enforcement, and is being housed at the Kenosha County Detention Center. Such petitions are subject to initial review under Rule 4 of the Rules Governing Section 2254 Cases. *Poe v. United States*, 468 F.3d 473, 477 n.6 (7th Cir. 2006). The Court is unable to conclude that Iosim is not entitled to relief. Therefore, the respondents should file an answer or other responsive pleading within **thirty (30) days** of the date of this Order.

      Dated at Milwaukee, Wisconsin, this 4th day of December, 2013.

                                                      **BY THE COURT:**

                                                    **HON. RUDOLPH T. RANDA**
                                                    **U.S. District Judge**